Sameer Rastogi, Esq. (SR-5249)
Christopher P. Milazzo, Esq. (CM-9974)
SICHENZIA ROSS FRIEDMAN FERENCE LLP
61 Broadway, 32nd Floor
New York, New York 10006
(212) 930-9700 (tel.)
(212) 930-9725 (fax)

Attorneys for Plaintiff
Charter Capital Resources, Inc.

UNITED STATES DIRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

CHARTER CAPITAL RESOURCES, INC.,            :     Case No.
                                            :
                       Plaintiff,           :
                                            :     **RULE 7.1 STATEMENT**
        -against-                           :
                                            :
TRIO INDUSTRIES GROUP, INC.                 :
                                            :
                       Defendant.           :
                                            :
----------------------------------------------------------------x

*Received APR 27 2007 U.S.D.C. S.D.N.Y. CASHIERS*

*JUDGE SCHEINDLIN*

*07 CV 3354*

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Charter Capital Resources, Inc., certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which own 10% or more of the stock in Plaintiff, which are publicly traded.

Dated: New York, New York
       April 25, 2007

_____
CHRISTOPHER P. MILAZZO (CM 9974)