# SICHENZIA ROSS FRIEDMAN FERENCE LLP
### ATTORNEYS AT LAW

June 6, 2007

*Via Facsimile Only*

Honorable Shira A. Scheindlin
United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/7/07

Re:  Charter Capital Resources, Inc. v. Trio Industries Group, Inc.
     <u>Case No. 07-CV-3354</u>

Dear Judge Sheindlin:

    This firm represents Plaintiff Charter Capital Resources, Inc. in the above-referenced action. I write to respectfully request that the Case Management Conference, which has been scheduled by the Court for June 13, 2007 at 4:30 p.m., be adjourned for approximately forty-five (45) days.

    Plaintiff is requesting this adjournment because we have been unable to effect service of the Summons and Complaint upon Defendant. Our process server has advised us that Defendant no longer operates at the address contained in the agreements that form the basis of this action. We are in the process of obtaining a new address so that service may be effected and expect to do so within the next week or so.

Respectfully submitted,

Christopher P. Milazzo

cc:  Sameer Rastogi, Esq.

*[Handwritten order:]* Request granted. The conference previously scheduled for June 13, 2007 is adjourned to July 30, 2007, at 4:30 p.m. SO ORDERED.
Dated: June 7, 2007
Shira A. Scheindlin, U.S.D.J.

SRFF
61 BROADWAY • NEW YORK, NEW YORK 10006
T 212 930 9700   F 212 930 9725   WWW.SRFF.COM

TOTAL P.02