

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHARTER CAPITAL RESOURCES, INC.,

        Plaintiff,

    -against-

TRIO INDUSTRIES GROUP, INC.,

        Defendant.
------------------------------------------------------------X

Case No. 07 CV 3354
(Judge Scheindlin)

AFFIDAVIT OF SERVICE

STATE OF FLORIDA    )
        S.S.:
COUNTY OF BROWARD    )

        RONALD HARPER, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 18 day of June, 2007, at approximately the time of 11:45 AM deponent served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; INDIVIDUAL RULES AND PROCEDURES OF JUDGE SHIRA A. SCHEINDLIN; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE THEODORE H. KATZ upon TRIO INDUSTRIES GROUP, INC. c/o Legal Information Services, Inc. at 2500 Weston Road, Suite 404, Weston, FL, by personally delivering and leaving the same with RON OPPENHEIM who informed deponent that he is authorized by appointment on behalf of Legal Information Services, Inc. to receive service at that address.

        RON OPPENHEIM is a white male, in his 30's, stands approximately 5 feet 8 inches tall, weighs approximately 160 pounds with brown hair.

*Ronald Harper*
RONALD HARPER

Sworn to before me this
___ day of June, 2007

*[signature]*
NOTARY PUBLIC

LISA M. BENNETT
Comm# DD0277607
Expires 12/28/2007
Bonded thru (800)432-4254
Florida Notary Assn., Inc

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com