# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

CHARTER CAPITAL
RESOURCES, INC.

          Plaintiff,      07-cv-3354   ( SAS )

    - against -             **CLERK'S CERTIFICATE**

TRIO INDUSTRIES GROUP,
INC.
          Defendant.
-----------------------------------x

      I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on 4/27/2007 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant by serving on 6/18/07, Ron Oppenheim of Legal Information Services, Inc. Defendant's registered agent for service or process by personal service, and proof of such service thereof was filed on 7/6/2007.

      I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated:  New York   , New York
          8/7/2007

                                        **J. MICHAEL MCMAHON**
                                        Clerk of the Court

                          By: _____
                                  Deputy Clerk

# EXHIBIT D

# SICHENZIA ROSS FRIEDMAN FERENCE LLP
ATTORNEYS AT LAW



Beryl Zyskind
PO Box 771
New York, NY 10150

Re:   Trio

DECEMBER 28, 2006

Invoice # 32824

760-0002

For Services Rendered Through NOVEMBER 30, 2006

Current Fees                                                  1,035.00

Total Due                                              $      1,035.00

| Timekeeper | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Sameer Rastogi | 2.40 | $ 0.00 | $ 0.00 |
| Chris P Milazzo | 1.00 | $ 275.00 | $ 275.00 |
| Michael Ference | 1.90 | $ 400.00 | $ 760.00 |



1065 AVENUE OF THE AMERICAS - NEW YORK, NEW YORK 10018
T 212 930 9700 - F 212 930 9725 - WWW.SRFF.COM

Beryl Zyskind

    Invoice # 32824
In Reference To:   Trio
For Period Ending NOVEMBER 30, 2006

    Professional Services Rendered

Page 2

| Date | Atty | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11-16-06 | MF | Telephone call with BZ: reviewed TRIO documents; conference with SR | 1.00 | 400.00 | 400.00 |
| 11-21-06 | SR | (NO CHARGE) Reviewed TRIO matter with CPM | 0.80 | 0.00 | 0.00 |
| 11-27-06 | MF | Conference with SR and CPM; telephone call with BZ | 0.50 | 400.00 | 200.00 |
| 11-27-06 | SR | (NO CHARGE) Telephone call with client, MF, and CPM regarding Trio matter; reviewed notes with CPM | 0.80 | 0.00 | 0.00 |
| 11-28-06 | CPM | Reviewed documents forwarded by Zyskind; conferences with SR; reviewed documents submitted in Texas action. | 1.00 | 275.00 | 275.00 |
| 11-28-06 | MF | Telephone calls with BZ regarding Trio claim; conference with SR and CPM | 0.40 | 400.00 | 160.00 |
| 11-28-06 | SR | (NO CHARGE) Reviewed e-mails from client regarding by-laws and amendments; conference with CPM and MF regarding same | 0.80 | 0.00 | 0.00 |

                                                                 ------------
                                               Total Fees     $   1,035.00

# SICHENZIA ROSS FRIEDMAN FERENCE LLP
## ATTORNEYS AT LAW



Beryl Zyskind
PO Box 771
New York, NY 10150


Re:   Trio

JANUARY 12, 2007

Invoice # 33042

760-0002

For Services Rendered Through DECEMBER 31, 2006

| | | |
|---|---|---|
| Previous Balance | $ | 1,035.00 |
| Current Fees | | 632.50 |
| Total Due | $ | 1,667.50 |

| Timekeeper | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Chris P Milazzo | 2.30 | $ 275.00 | $ 632.50 |



1065 AVENUE OF THE AMERICAS - NEW YORK, NEW YORK 10018
T 212 930 9700 - F 212 930 9725 - WWW.SRFF.COM

Beryl Zyskind

     Invoice # 33042
In Reference To:  Trio
For Period Ending DECEMBER 31, 2006

     Professional Services Rendered

                                           Page 2

| Date | Atty | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12-14-06 | CPM | Reviewed documents in preparation for drafting complaint. | 2.30 | 275.00 | 632.50 |
| | | | Total Fees | $ | 632.50 |

# SICHENZIA ROSS FRIEDMAN FERENCE LLP
ATTORNEYS AT LAW

Beryl Zyskind
PO Box 771
New York, NY 10150

Re:   Trio

JANUARY 12, 2007

Invoice # 33042

760-0002

For Services Rendered Through DECEMBER 31, 2006

| | | | |
|---|---|---|---|
| Previous Balance | | $ | 1,035.00 |
| Current Fees | | | 632.50 |
| Total Due | | $ | 1,667.50 |

| Timekeeper | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Chris P Milazzo | 2.30 | $ 275.00 | $ 632.50 |

Beryl Zyskind

     Invoice # 33042
In Reference To:  Trio
For Period Ending DECEMBER 31, 2006

     Professional Services Rendered

Page 2

| Date | Atty | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12-14-06 | CPM | Reviewed documents in preparation for drafting complaint. | 2.30 | 275.00 | 632.50 |
| | | | Total Fees | $ | 632.50 |

```
10:40 AM  Jan 5, 2007           Draft For Work-In-Process Through 12-31-06                    Page No.:    1
                                        MATTER ID: 760-0002

   ** Bill sent to Client Address?  Y

BILLING ATTORNEY: 4    - Michael Ference      BILLING GROUP: M

Beryl Zyskind                                          Total Billed Fees:                      1,035.00
PO Box 771                                             Total Billed Costs:                         0.00
New York, NY 10150                                     Total Collected:                            0.00
                                                       Date of Last Bill:        12-28-06      1,035.00
                                                       Date of Last Payment:                       0.00
                                                       Date of Last Write-off:                     0.00

RE: Trio                                               Combined Advance Deposit Balance:           0.00
                                                       Fee Advance Deposit Balance:                0.00
B/Comm:                                                Cost Advance Deposit Balance:               0.00
                                                       Trust Funds 1:                              0.00
                                                       Trust Funds 2:                              0.00
                                                       Trust Funds 3:                              0.00
                                                       Trust Funds 4:                              0.00
                                                       Bill Form:   29  *Date/Desc/Init/Hrs/Amt/Costs Comb/Re

                                                       I/Comments:

                              TOTAL       FEES       COSTS      INT     ----------- A G I N G   A S   O F  12-31-06   ---
                                DUE        DUE         DUE      DUE        00-30        31-60        61-90          90+
Work-in-Process as of 12-31-06   0.00       0.00       0.00     0.00         0.00         0.00         0.00         0.00
Balance Forward as of 01-05-07  1,035.00   1,035.00    0.00     0.00      1,035.00        0.00         0.00         0.00

TOTAL WIP OUTSTANDING:                   1,035.00

BILLING INSTRUCTIONS:  Bill Fees _____   Bill Costs _____   Hold All WIP_____          Apply Adv Dep _____   Rebill Only _____
```

# SICHENZIA ROSS FRIEDMAN FERENCE LLP
## ATTORNEYS AT LAW



Beryl Zyskind
PO Box 771
New York, NY 10150

Re:   Trio

FEBRUARY 21, 2007

Invoice # 33663

760-0002

For Services Rendered Through JANUARY 31, 2007

| | |
|---|---|
| Previous Balance 01-19-07 | $ 1,667.50 |
| Fees | |
| Net Payments | <1,667.50> |
| Current Fees | 2,795.00 |
| Payments Received in Advance | <2,795.00> |
| Total Due | $ 0.00 |

| Timekeeper | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Chris P Milazzo | 7.40 | $ 275.00 | $ 2,035.00 |
| Michael Ference | 1.90 | $ 400.00 | $ 760.00 |



Beryl Zyskind

      Invoice # 33663
In Reference To:  Trio
For Period Ending JANUARY 31, 2007

    Professional Services Rendered

Page 2

| Date | Atty | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-08-07 | CPM | Reviewed file; continued drafting complaint against Trio | 2.40 | 275.00 | 660.00 |
| 01-09-07 | MF | Confer with CPM; review and revise Trio complaint | 1.20 | 400.00 | 480.00 |
| 01-09-07 | CPM | Continued drafting complaint | 3.50 | 275.00 | 962.50 |
| 01-10-07 | MF | Telephone call with BZ; conference with CPM | 0.30 | 400.00 | 120.00 |
| 01-10-07 | CPM | Telephone call with BZ; telephone call with BZ and MHF concerning possible claims against Trio by another party | 0.80 | 275.00 | 220.00 |
| 01-16-07 | MF | Telephone calls with BZ and CPM regarding Trio | 0.40 | 400.00 | 160.00 |
| 01-16-07 | CPM | Telephone call with BZ; conference with MHF; telephone calls with Texas counsel | 0.70 | 275.00 | 192.50 |

    Total Fees    $   2,795.00

```
02:34 PM  Feb 7, 2007          Draft For Work-In-Process Through 01-31-07            Page No.:    1
                                       MATTER ID: 760-0002

    ** Bill sent to Client Address?  Y

  BILLING ATTORNEY: 4    - Michael Ference      BILLING GROUP: M

Beryl Zyskind                                           Total Billed Fees:                   1,667.50
PO Box 771                                              Total Billed Costs:                      0.00
New York, NY 10150                                      Total Collected:                     1,667.50
                                                        Date of Last Bill:       01-12-07      632.50
                                                        Date of Last Payment:    01-19-07   10,000.00
                                                        Date of Last Write-off:                  0.00

RE: Trio                                                Combined Advance Deposit Balance:    8,332.50
                                                        Fee Advance Deposit Balance:             0.00
B/Comm:                                                 Cost Advance Deposit Balance:            0.00
                                                        Trust Funds 1:                           0.00
                                                        Trust Funds 2:                           0.00
                                                        Trust Funds 3:                           0.00
                                                        Trust Funds 4:                           0.00
                                                        Bill Form:  29  *Date/Desc/Init/Hrs/Amt/Costs Comb/Re

                                                I/Comments:

                              TOTAL       FEES      COSTS      INT   ----------- A G I N G    A S    O F 01-31-07  ---
                               DUE        DUE        DUE       DUE       00-30        31-60        61-90         90+
Work-in-Process as of 01-31-07  2,795.00  2,795.00   0.00      0.00    2,795.00        0.00         0.00         0.00
Balance Forward as of 02-07-07      0.00      0.00   0.00      0.00        0.00        0.00         0.00         0.00

TOTAL WIP:                             2,795.00                                             TO BILL:        2,795.00

TOTAL WIP OUTSTANDING:                 2,795.00

BILLING INSTRUCTIONS:  Bill Fees _____    Bill Costs _____   Hold All WIP_____       Apply Adv Dep _____    Rebill Only _____
                  ---------FEE RECAP---------
   Attorney        Hours      Rate       Amount
    4 - MF          1.90     400.00       760.00
   27 - CPM         7.40     275.00     2,035.00

TOTAL WIP FEES:     9.30                2,795.00

   DATE      ATY  DESCRIPTION                                                   TASK CODE  H/N   HOURS         RATE        AMOUNT
 01-08-07    CPM  Reviewed file; continued drafting complaint against Trio                       2.40        275.00        660.00

 01-09-07    MF   Confer with CPM; review and revise Trio complaint                              1.20        400.00        480.00

 01-09-07    CPM  Continued drafting complaint                                                   3.50        275.00        962.50

 01-10-07    MF   Telephone call with BZ; conference with CPM                                    0.30        400.00        120.00

 01-10-07    CPM  Telephone call with BZ; telephone call with BZ and MHF
                  concerning possible claims against Trio by another party                       0.80        275.00        220.00

 01-16-07    MF   Telephone calls with BZ and CPM regarding Trio                                 0.40        400.00        160.00

 01-16-07    CPM  Telephone call with BZ; conference with MHF; telephone
                  calls with Texas counsel                                                       0.70        275.00        192.50

                                                                                                 ------                 ---------------
                                                                                                 9.30                    2,795.00
```

# SICHENZIA ROSS FRIEDMAN FERENCE LLP
ATTORNEYS AT LAW



```
Beryl Zyskind
PO Box 771
New York, NY 10150


Re:   Trio
                                                    MARCH 14, 2007
    Invoice # 34091

760-0002

For Services Rendered Through FEBRUARY 28, 2007

Current Fees                                              2,102.50

Payments Received in Advance                             <2,102.50>

Total Due                                       $            0.00

Timekeeper                      Hours    Rate/Hour        Amount

Chris P Milazzo                  5.10   $  275.00    $   1,402.50
Michael Ference                  1.75   $  400.00    $     700.00
```



1065 AVENUE OF THE AMERICAS - NEW YORK, NEW YORK 10018
T 212 930 9700 - F 212 930 9725 - WWW.SRFF.COM

Beryl Zyskind

Invoice # 34091
In Reference To:  Trio
For Period Ending FEBRUARY 28, 2007

Professional Services Rendered

Page 2

| Date | Atty | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-05-07 | MF | Telephone call with BZ; conference with CPM | 0.30 | 400.00 | 120.00 |
| 02-14-07 | MF | Conference with CPM regarding Trinity e-mail regarding notes | 0.20 | 400.00 | 80.00 |
| 02-15-07 | MF | Reviewed BZ letter to UTEK: conference with CPM; telephone call with BZ | 0.40 | 400.00 | 160.00 |
| 02-15-07 | CPM | Telephone call with BZ and MHF; reviewed emails | 0.60 | 275.00 | 165.00 |
| 02-16-07 | MF | Conference with CPM regarding TRIO | 0.30 | 400.00 | 120.00 |
| 02-22-07 | CPM | Reviewed documents; continued drafting complaint | 2.70 | 275.00 | 742.50 |
| 02-23-07 | CPM | Completed draft of complaint | 1.80 | 275.00 | 495.00 |
| 02-26-07 | MF | Conference with CPM regarding Trio complaint | 0.25 | 400.00 | 100.00 |
| 02-28-07 | MF | Conference with CPM regarding Trio complaint and changes | 0.30 | 400.00 | 120.00 |

Total Fees    $   2,102.50

```
01:28 PM  Mar 6, 2007            Draft For Work-In-Process Through 02-28-07                      Page No.:    1
                                        MATTER ID: 760-0002

    ** Bill sent to Client Address?  Y

BILLING ATTORNEY:  4    - Michael Ference       BILLING GROUP: M

Beryl Zyskind                                              Total Billed Fees:                    4,462.50
PO Box 771                                                 Total Billed Costs:                       0.00
New York, NY 10150                                         Total Collected:                      4,462.50
                                                           Date of Last Bill:      02-21-07      2,795.00
                                                           Date of Last Payment:   01-19-07     10,000.00
                                                           Date of Last Write-off:                  0.00

RE: Trio                                                   Combined Advance Deposit Balance:     5,537.50
                                                           Fee Advance Deposit Balance:              0.00
B/Comm:                                                    Cost Advance Deposit Balance:             0.00
                                                           Trust Funds 1:                            0.00
                                                           Trust Funds 2:                            0.00
                                                           Trust Funds 3:                            0.00
                                                           Trust Funds 4:                            0.00
                                                           Bill Form:  29   *Date/Desc/Init/Hrs/Amt/Costs Comb/Re

                                                           I/Comments:

                           TOTAL       FEES       COSTS       INT   ----------- A G I N G   A S   O F  02-28-07  ---
                            DUE         DUE         DUE        DUE      00-30         31-60       61-90          90+
Work-in-Process as of 02-28-07  2,102.50   2,102.50    0.00    0.00   2,102.50         0.00        0.00         0.00
Balance Forward as of 03-06-07      0.00       0.00    0.00    0.00       0.00         0.00        0.00         0.00

TOTAL WIP:                               2,102.50                                                  TO BILL:   2,102.50

TOTAL WIP OUTSTANDING:                   2,102.50

BILLING INSTRUCTIONS:  Bill Fees _____   Bill Costs _____    Hold All WIP_____        Apply Adv Dep _____   Rebill Only _____
                ---------FEE RECAP---------
    Attorney       Hours      Rate        Amount
    4 - MF          1.75     400.00        700.00
   27 - CPM         5.10     275.00      1,402.50

TOTAL WIP FEES:    6.85                  2,102.50
     DATE      ATY   DESCRIPTION                                                 TASK CODE    H/N  HOURS         RATE         AMOUNT
   02-05-07    MF    Telephone call with BZ; conference with CPM                                    0.30       400.00         120.00

   02-14-07    MF    Conference with CPM regarding Trinity e-mail regarding
                     notes                                                                          0.20       400.00          80.00

   02-15-07    MF    Reviewed BZ letter to UTEK: conference with CPM; telephone
                     call with BZ                                                                   0.40       400.00         160.00

   02-15-07    CPM   Telephone call with BZ and MHF; reviewed emails                                0.60       275.00         165.00

   02-16-07    MF    Conference with CPM regarding TRIO                                             0.30       400.00         120.00

   02-22-07    CPM   Reviewed documents; continued drafting complaint                               2.70       275.00         742.50

   02-23-07    CPM   Completed draft of complaint                                                   1.80       275.00         495.00

   02-26-07    MF    Conference with CPM regarding Trio complaint                                   0.25       400.00         100.00

   02-28-07    MF    Conference with CPM regarding Trio complaint and changes                       0.30       400.00         120.00

                                                                                                   ------                ---------------
                                                                                                    6.85                      2,102.50
```

# SICHENZIA ROSS FRIEDMAN FERENCE LLP
ATTORNEYS AT LAW



Beryl Zyskind
PO Box 771
New York, NY 10150

Re:   Trio

APRIL 11, 2007

Invoice # 34366

760-0002

For Services Rendered Through MARCH 31, 2007

| | |
|---|---|
| Current Fees | 515.00 |
| Payments Received in Advance | <515.00> |
| Total Due | $    0.00 |

| Timekeeper | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Chris P Milazzo | 1.00 | $ 275.00 | $  275.00 |
| Michael Ference | 0.60 | $ 400.00 | $  240.00 |