# SICHENZIA ROSS FRIEDMAN FERENCE LLP
ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/07

September 10, 2007

RECEIVED
CHAMBERS OF
SEP 10 2007
JUDGE SCHEINDLIN

*Via Facsimile (212) 805-7920 Only*

Honorable Shira A. Scheindlin
United States District Court
United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

Re:  Charter Capital Resources, Inc. v. Trio Industries Group, Inc.
     Case No. 07-CV-3354 (SAS)

Dear Judge Scheindlin:       MEMO ENDORSED

This firm represents Plaintiff Charter Capital Resources, Inc. ("Plaintiff") in the above-referenced action. I write to respectfully request that the hearing on Plaintiff's motion for default judgment, scheduled for tomorrow, September 11, 2007, be adjourned to a date convenient to the Court on or after September 19, 2007. Plaintiff also requests that Plaintiff's time to submit a memorandum of law, as directed by the Court, be extended to and including September 17, 2007.

The reason for this request is that Plaintiff requires additional time to draft the memorandum of law addressing the issues raised by the Court on August 30, 2007.

Please call if you require any additional information.

Respectfully submitted,

Christopher P. Milazzo (CM-9974)

[Handwritten endorsement: Request granted. Mem. of law by 9/17/07. Hearing adjourned to September 21 at 10:30 am. So Ordered. 9/10/07]

SRFF
61 BROADWAY    NEW YORK, NEW YORK 10006
T 212 930 9700 · F 212 930 9725   WWW.SRFF.COM