USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/17

Sameer Rastogi, Esq. (SR-5249)
Christopher P. Milazzo, Esq. (CM-9974)
SICHENZIA ROSS FRIEDMAN FERENCE LLP
61 Broadway, 32nd Floor
New York, New York 10006
(212) 930-9700 (tel.)
(212) 930-9725 (fax)

Attorneys for Plaintiff
Charter Capital Resources, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

CHARTER CAPITAL RESOURCES, INC.,

                                   Plaintiff,

       -against-

TRIO INDUSTRIES GROUP, INC.

                                   Defendant.

-----------------------------------------------------------------x

Case No.: 07 CV 3354

**[PROPOSED] ORDER
FOR DEFAULT JUDGMENT**

      Plaintiff Charter Capital Resources, Inc. ("Plaintiff"), by and through its counsel, Sichenzia Ross Friedman Ference LLP, having duly moved for an order pursuant to Fed. R. Civ. P. 55 directing the entry of judgment in its favor and against Defendant Trio Industries Group, Inc. ("Defendant") for the relief demanded in the Complaint, upon the ground that Defendant has failed to appear or plead in this action, and the motion having regularly come on to be heard,

      NOW, upon reading and filing the Order to Show Cause, the Affirmation of Christopher P. Milazzo, dated August 14, 2007, *Plaintiff's Memorandum of Law, dated September 17, 2007,* and the Summons and Complaint heretofore served herein, with proof of service thereof, and it appearing therefrom that Defendant has failed to appear or plead in this action, and after due deliberation having been held thereon,



NOW, upon motion for Plaintiff, it is

ORDERED, that the motion be and the same is hereby in all respects granted, and that judgment be entered in favor of Plaintiff and against Defendant as follows:

    a.    In the amount of $108,000, resulting from Defendant's failure to pay the principal and the financing fee under a Promissory Note, dated August 22, 2005 (the "Note"), executed by Defendant in favor of Plaintiff;

    b.    In the amount of $667,000, resulting from Defendant's failure to pay late fees due pursuant to the Note, and accruing at a rate of $1,000 per day to the date of judgment;

    c.    Directing Defendant to issue 16,925,000 shares of Defendant's common stock (accruing at the rate of 25,000 shares per day to the entry of judgment) to Plaintiff pursuant to Section 2(C) of the Note;

    d.    For attorneys fees and costs incurred by Plaintiff in connection with the collection of the amounts due under the Note, which are presently in the amount of $10,778.80; and

    e.    For such other and further relief as the Court deems just, equitable and proper.

Dated: New York, New York
       Oct. 4, 2007

                                      HON. SHIRA A. SCHEINDLIN
                                      UNITED STATES DISTRICT JUDGE