Sameer Rastogi, Esq. (SR-5249)
Christopher P. Milazzo, Esq. (CM-9974)
SICHENZIA ROSS FRIEDMAN FERENCE LLP
61 Broadway, 32nd Floor
New York, New York 10006
(212) 930-9700 (tel.)
(212) 930-9725 (fax)

Attorneys for Plaintiff
Charter Capital Resources, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
CHARTER CAPITAL RESOURCES, INC.,                           :   Case No.: 07 CV 3354
                                                           :
                        Plaintiff,                         :
                                                           :   [PROPOSED] AMENDED
        -against-                                          :   DEFAULT JUDGMENT
                                                           :
TRIO INDUSTRIES GROUP, INC.                                :
                                                           :
                        Defendant.                         :
                                                           :
-----------------------------------------------------------x

This action having been commenced by Plaintiff Charter Capital Resources, Inc. ("Plaintiff") on April 27, 2007, by the filing of a Summons and Complaint, and the Summons and Complaint having duly been served on Defendant Trio Industries Group, Inc. ("Defendant"), and Plaintiff, by and through its counsel, Sichenzia Ross Friedman Ference LLP, having duly moved for an order pursuant to Fed. R. Civ. P. 55 directing the entry of judgment in its favor and against Defendant for the relief demanded in the Complaint, upon the ground that Defendant has failed to appear, and the Court having granted that motion, and Plaintiff, having made application to amend the Order Granting Default Judgment entered in this action on October 4, 2007, it is

ORDERED, ADJUDGED AND DECREED that this Amended Default Judgment supersedes and replaces the Default Judgment entered on October 4, 2007, and it is further,

ORDERED, ADJUDGED AND DECREED that Plaintiff shall have judgment against Defendant as follows:

    a.    In the amount of $108,000, resulting from Defendant's failure to pay the principal and the financing fee under a Promissory Note, dated August 22, 2005 (the "Note"), executed by Defendant in favor of Plaintiff;

    b.    In the amount of $667,000, resulting from Defendant's failure to pay late fees due pursuant to the Note;

    c.    Directing Defendant, or its transfer agent, to issue 16,925,000 shares of Defendant's common stock to Plaintiff, free and clear of any restrictions, and without any restrictive legend, pursuant to Section 2(C) of the Note;

    d.    For attorneys fees and costs incurred by Plaintiff in connection with the collection of the amounts due under the Note, which are presently in the amount of $10,778.80.

Dated: New York, New York
         April 30, 2008

                                          HON. SHIRA A. SCHEINDLIN
                                          UNITED STATES DISTRICT JUDGE